**DISMISS and Opinion Filed November 8, 2024**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00887-CV

### SIEGEWORKS, LLC, Appellant
### V.
### IAN LINDSTROM, ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-14490**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

On September 4, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the notice of appeal was not timely. We directed appellant to file a letter brief addressing our jurisdictional concern no later than September 16, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief addressing our jurisdictional concern or otherwise corresponded with the Court concerning the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).

/Craig Smith/
CRAIG SMITH
JUSTICE

240887F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SIEGEWORKS, LLC, Appellant

No. 05-24-00887-CV        V.

IAN LINDSTROM, ET AL.,
Appellees

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-14490.
Opinion delivered by Justice Smith.
Justices Pedersen, III and Garcia
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered November 8, 2024